**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| KWAKU THOMPSON | : |
| | : |
| v. | : |
| | : Civil Action No. CCB-09-3044 |
| U.S. CITIZENSHIP & IMMIGRATION | : |
| SERVICE, ET AL. | : |
| | : |

...o0o...

## **MEMORANDUM**

Kwaku Thompson, representing himself, filed suit in this court on November 16, 2009 complaining about the failure of the United States Citizenship and Immigration Service ("USCIS") to grant his petition to remove conditions of residence (I-751) and his petition for naturalization (N-400). Explaining that the delay in processing his petitions has caused significant financial harm, he also seeks $1,000,000 in damages. The government responded with a motion to dismiss for failure to state a claim and for lack of jurisdiction, which Dr. Thompson has opposed. For the reasons that follow, the government's motions will be granted.

First, subsequent to the filing of this lawsuit, the USCIS granted the plaintiff's pending I-751 petition on January 12, 2010, which resulted in issuance of a legal residency card. (Def'ts. Motion, Ex. 1 and 2.) Based on approval of the I-751, the removal proceedings which had been stayed pending adjudication of the I-751 will be terminated. (*Id.* Ex. 3.) Accordingly, this aspect of the claim is moot.

Second, Dr. Thompson's application for citizenship was filed in 2004 and denied in 2006. There is no pending application and the court has no authority under these circumstances to order that U.S. citizenship be awarded.

Third, while the court understands Dr. Thompson's frustration with the delays that have occurred, the administrative exhaustion requirements of the Federal Tort Claims Act must be complied with before there is any jurisdiction even to consider a request for monetary damages against the United States. *Ahmed v. U.S.*, 30 F.3d 514, 516 (4th Cir. 1994); 28 U.S.C. § 2401(b). As no administrative claim was filed until April 9, 2010, the claim for damages must be dismissed for lack of subject matter jurisdiction.[1]

A separate Order follows.

| | |
|---|---|
|   JUNE 7, 2010   |        /S/                         |
| DATE | CATHERINE C. BLAKE |
| | U.S. DISTRICT JUDGE |

---

[1] I express no opinion on the merits of any such claim for damages.